ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE MAKAREWICZ
Ca. Bar No. 229637
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2729
Facsimile:   (213) 894-0115
E-mail: valerie.makarewicz@usdoj.gov

RICHARD G. ROSE
D.C. Bar No. 493454
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 616-2032
E-mail: richard.g.rose@usdoj.gov

Attorneys for the United States of America

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BENJAMIN APARICIO, individually and<br>  d/b/a BA INCOME SERVICES,<br><br>               Defendant. | Civil No. 11-6042-RGK (PLAx)<br><br>**Stipulated Order Of Permanent Injunction** |

Plaintiff, the United States of America ("United States"), has filed a Complaint for Permanent Injunction and Other Relief in this matter against defendant Benjamin Aparicio, individually and doing business as BA Income Services (collectively, "Aparicio").

Aparicio has consented to entry of this Stipulated Order of Permanent Injunction, and waives the entry of findings of fact and conclusions of law. Defendant further understands that this permanent injunction constitutes the final judgment in this matter, and waives any rights he may have to appeal from this judgment.

NOW, THEREFORE, and for good cause shown, it is accordingly ORDERED, ADJUDGED, and DECREED that:

Pursuant to 26 U.S.C. ("I.R.C.") §§ 7402, 7407, and 7408, Benjamin Aparicio, individually and doing business as BA Income Services, and his representatives, agents, servants, and employees, are permanently enjoined from directly or indirectly:

(1) Acting as a federal tax return preparer, or requesting, assisting in, or directing the preparation or filing of federal tax returns for any person other than himself, or appearing as a representative on behalf of any person or entity whose tax liability is under examination or investigation by the Internal Revenue Service;

(2) Instructing, advising, or assisting others to violate the tax laws, including to evade the payment of taxes;

(3) Engaging in activity subject to penalty under I.R.C. § 6694, *i.e.*, preparing federal income tax returns that improperly understate customers' tax liabilities;

(4) Engaging in conduct subject to penalty under I.R.C. § 6700, *i.e.*, organizing or selling a plan or arrangement and making a statement regarding the excludability of income or securing of any other tax benefit by participating in the plan that Aparicio knows or has reason to know is false or fraudulent as to any material matter;

(5) Engaging in conduct subject to penalty under I.R.C. § 6701, *i.e.*, aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a

| | |
|---|---|
| 1 | return, affidavit, claim or other document, when Aparicio knows or has reason to |
| 2 | believe that portion will be used in connection with a material matter arising |
| 3 | under the federal tax law, and Aparicio knows that the relevant portion will result |
| 4 | in the material understatement of the liability for the tax of another person; and |

(6) Representing others before the Internal Revenue Service.

IT IS FURTHER ORDERED that Aparicio shall contact by mail (and also by e-mail, if an e-mail address is known) those persons and entities who have, since January 1, 2010, previously paid or otherwise retained him to prepare their income tax returns, and inform those persons and entities of his consent to this Stipulated Order of Permanent Injunction and attach a copy of the permanent injunction against Aparicio, and to file with the Court, within 30 days of the date the permanent injunction is entered, a certification signed under penalty of perjury stating that he has done so. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, and shall not include any other documents or enclosures;

IT IS FURTHER ORDERED that Aparicio is prohibited from owning, controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a professional presence in any premises, whether an office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax services are being provided;

IT IS FURTHER ORDERED that, notwithstanding the foregoing, Aparicio shall not be precluded from working in a non-professional capacity in an office that prepares third party tax returns or mortgage loan applications, such as by providing bookkeeping and/or clerical assistance to any such business, so long as Aparicio is not assisting clients in the preparation of tax returns or mortgage loan applications;

IT IS FURTHER ORDERED that the United States is permitted to engage in limited post-judgment discovery to ensure compliance with this permanent injunction;

Stipulated Order of Permanent Injunction –
United States v. Aparicio                    3

1     IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing this permanent injunction; and

    IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 65(d)(2), counsel for the United States is authorized to arrange for personal service of this order on the defendant.

SO ORDERED this 28th day of July, 2011

_____
United States District Judge

Consented to and submitted by:

| | |
|---|---|
| _____<br>BENJAMIN APARICIO<br>d/b/a BA INCOME SERVICES<br>653½ Saratoga Street<br>Fillmore, CA 93013 | ANDRÉ BIROTTE, JR.<br>United States Attorney<br><br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br>VALERIE MAKAREWICZ<br>Ca. Bar No. 229637<br>Assistant United States Attorney<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-2729<br>Facsimile:  (213) 894-0115<br>E-mail:valerie.makarewicz@usdoj.gov<br><br>   /S/_____<br>RICHARD G. ROSE<br>D.C. Bar No. 493454<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 616-2032<br>E-mail: richard.g.rose@usdoj.gov<br><br>Attorneys for the United States of America |

Stipulated Order of Permanent Injunction –
United States v. Aparicio                 4